IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MARYLAND
(Northern Division)

| | | |
|---|---|---|
| JAMES T. JEFFRIES | * | |
| Plaintiff, | * | |
| v. | * | |
| THE HIGHLAND CONSULTING GROUP, INC. | * | Civil Action No. AMD 01 CV 1738 |
| | * | |
| and | | |
| | * | |
| JAMES KERRIDGE, | | |
| | * | |
| and | | |
| | * | |
| THE HIGHLAND GROUP, INC., | | |
| | * | |
| Defendants. | | |
| *  *  *  *  *  *  *  *  *  *  * | | |

### STIPULATION OF DISMISSAL

Pursuant to Fed.R.Civ.P. 41(a)(ii), the parties hereby stipulate to voluntary dismissal, with prejudice, of the above-captioned action.

SEEN AND AGREED:

FUREY, DOOLAN & ABELL, LLP

_____
Gregory V. Powell
Federal Bar No. 11423
Tanya M. Calvelli
Federal Bar No. 14305
Michael A. Dymersky
Federal Bar No. 12427
8401 Connecticut Avenue, Suite 1100
Chevy Chase, MD 20815
(310) 652-6880
Fax (301) 652-8972

Attorneys for Plaintiff

OBER, KALER, GRIMES & SHRIVER

_____
Jerald J. Oppel
Federal Bar No. 00652
120 East Baltimore Street
Baltimore, MD 21202-1643
(410) 685-1120
Fax (410) 547-0699

Attorneys for Defendants

APPROVED 10/9/2001

JJO 393687.1 9/24/01 2:34 PM